IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TRAVIS L ADAMS,

    Plaintiff,
v.                                                     CASE NO. 4:05-cv-00450-MP-AK

JEB BUSH,
et al.,

    Defendants.

_____/

## **O R D E R**

      This matter is before the Court on Doc. 26, Motion for Extension of Time to File objections to Doc. 23, the Report and Recommendation of the Magistrate Judge.  The Magistrate Judge recommends dismissal for plaintiff's previous failure to file timely responses to the Court's orders.  Now, plaintiff files an untimely motion to extend time to file objections, claiming that although the Report and Recommendation arrived at the last address he gave the Court, he had no notice of it.  He also claims that he had forgotten the address of the Court and that jail officials did not respond to his request for the address of the Court.  Because of this, he claims he was not able to correspond with the Court for seven months.  He also admits, however, that he was able to get the Court's address simply by asking his mother.  The Court finds that plaintiff

has exhibited a consistent lack of due diligence throughout this case, and that his case should therefore be dismissed. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The motion to extend time, doc. 26, is denied.

2. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

3. This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this _11th_ day of October, 2006

_s/Maurice M. Paul_

Maurice M. Paul, Senior District Judge
