IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TRAVIS L ADAMS,

    Plaintiff,
v.                                                                     CASE NO. 4:05-cv-00450-MP-AK

MAXIMO VELASCO, et al.,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 30, Motion for reconsideration of the order adopting the Report and Recommendation in this case. Upon reconsideration, because of the plaintiff's pro se status and the problem of orders being delivered to the wrong address despite plaintiff informing the Court of his current address, the previous order adopting the Report and Recommendation (doc. 28) and the judgment entered thereon (doc. 29) are vacated. This matter is remanded to the Magistrate Judge for further proceedings, and plaintiff shall have until Wednesday, January 31, 2007, to file an amended complaint, as required by the Magistrate Judge in doc. 20. A copy of this order shall be sent to the address given by plaintiff in doc. 25:

    TRAVIS ADAMS
    SARASOTA COUNTY JAIL
    PO BOX 49588
    SARASOTA FL 34230

**DONE AND ORDERED** this  *8th*   day of December, 2006

                                          *s/Maurice M. Paul*
                                  Maurice M. Paul, Senior District Judge