IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TRAVIS ADAMS,

    Plaintiff,

vs.                                                    4:05CV450-MMP/AK

MAXIMO VELASCO, et al,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

Plaintiff has filed a complaint against a number of medical personnel at Madison Correctional Institution alleging their deliberate indifference to his serious medical needs, particularly their alleged denial of a knee brace, liver treatment, and considerations as to passes and work assignments because of his knee condition. (Doc. 42). The Court has this date ordered service upon the six defendants employed at Madison Correctional Institution. However, Plaintiff also raises claims against Governor Jeb Bush for failing to correct the problems of inadequate health care by Prison Health Services, which he knew or should have known, was ignoring problems at the prisons because of a letter Plaintiff wrote him, as well as the number of lawsuits filed against medical personnel throughout the system. (Doc. 42, ¶¶ 95-103). Plaintiff claims that the governor's policies have caused his pain and suffering.

Plaintiff is attempting to assert liability against the governor because of his supervisory capacity and such liability cannot be imposed absent some causal connection between the defendant named and the injury allegedly sustained. Swint v.

City of Wadley, 51 F.3d 988, 999 (11th Cir. 1995); Rivas v. Freeman, 940 F.2d 1491, 1495 (11th Cir. 1991); Zatler v. Wainwright, 802 F.2d 397, 401 (11th Cir. 1986).  The claims raised in the complaint concern specific incidents of medical treatment (or lack thereof) by certain medical personnel at Madison CI and the governor's involvement is premised on his general knowledge that medical decisions concerning prisoners in the State of Florida are delegated to a private industry, Prison Health Services, and the fact that Plaintiff wrote the governor a letter about his own circumstances, which was forward to someone else for response.

The undersigned is of the opinion that these facts are insufficient to warrant service upon the governor and the claims against him should be dismissed.

It is therefore respectfully **RECOMMENDED** that the claims against Defendant Governor Jeb Bush found at ¶¶ 95-103 of the second amended complaint (doc. 42), be **DISMISSED**, and that the case be remanded to the undersigned for further proceedings against the remaining six defendants.

**IN CHAMBERS** at Gainesville, Florida, this *6th* day of September, 2007.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after

**being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**