IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TRAVIS L ADAMS,

    Plaintiff,
v.                                         CASE NO. 4:05-cv-00450-MP-AK

JEB BUSH,
et al.,

    Defendants.

_____/

## O R D E R

       This matter is before the Court on Doc. 74, Report and Recommendation of the Magistrate Judge, recommending that the claims against the governor be dismissed but that the matter be remanded for further proceedings against the remaining defendants. The plaintiff filed objections, doc. 77, which the Court has reviewed.

       The claims raised in the complaint concern specific incidents of medical treatment (or lack thereof) by certain medical personnel at Madison CI and the governor's involvement is premised on his general knowledge that medical decisions concerning prisoners in the State of Florida are delegated to a private industry, Prison Health Services, and the fact that Plaintiff wrote the governor a letter about his own circumstances, which was forwarded to someone else for response.  The Court agrees with the Magistrate Judge that these facts are insufficient to impose liability upon the governor and the claims against him should be dismissed.   Despite

their 126-page length, the plaintiff's objections do not provide any argument convincing the Court that liability against the governor is appropriate in this case. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. This action is DISMISSED with regard to the governor, and the clerk is directed to remand the case to the Magistrate Judge for further proceedings against the remaining defendants.

**DONE AND ORDERED** this  *11th*  day of October, 2007

          *s/Maurice M. Paul*
          Maurice M. Paul, Senior District Judge