IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TRAVIS ADAMS,

    Plaintiff,

vs.                                                      CASE NO. 4:05CV450-MP/AK

MAXIMO VELASCO, et al,

    Defendants.

_____/

## O R D E R

Plaintiff has filed Supplemental Exhibits to the Second Amended Complaint (doc. 42), but the pleading has already been served with the exhibits that were attached at the time the second amended complaint was filed. (Doc. 80). Plaintiff cannot amend his pleadings or add exhibits to his pleadings at this point in the proceedings without seeking leave of court through a motion and without filing a complete new pleading. Since the exhibits have already been filed, the Court will not return them, but they will not be served. Plaintiff may refer to these supplemental exhibits in support of any responses or other papers he files in the future.

**DONE AND ORDERED** this __4th__ day of December, 2007.

                                  s/ A. KORNBLUM
                                  **ALLAN KORNBLUM**
                                  **UNITED STATES MAGISTRATE JUDGE**