IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TRAVIS L. ADAMS,

    Plaintiff,

v.                                  CASE NO. 4:05CV450-MP/AK

MAXIMO VELASCO, et al,

    Defendants.

_____/

## THIRD ORDER DIRECTING SERVICE

Presently before the Court in the above entitled action is Plaintiff's Motion inquiring about the status of the Second Order Directing Service. (Doc. 89). Plaintiff's Motion (doc. 89) is **GRANTED**, insofar as he is herein advised of the status of service and that a third service order is being entered.

Counsel has entered an appearance on behalf of Defendants Pinkard, King, and Bryan. (Doc. 90). Summons has been returned un-executed on Defendants Cherry and Velasco, but new addresses have been provided for them and service will be directed to them again. (Docs. 95). However, Defendant Hernandez is no longer employed by the DOC and no forwarding information has been provided. Consequently, Plaintiff should consider whether to dismiss this Defendant and advise the Court of his decision.

**Once a notice of appearance has been filed on these defendants a scheduling order will be entered as to all defendants. The clerk shall refer this matter to chambers as soon as a notice of appearance or summons return is filed.**

Accordingly, it is hereby

**ORDERED:**

1. The clerk shall re-issue summonses for Defendants **Maximo Velasco, who is employed at Jefferson Correctional Institution, 1050 Big Joe Rd, Monticello, Florida 32344; and Daniel P. Cherry, who is employed at Apalachee Correctional Institution, 35 Apalachee Drive, Sneads, Florida 32460.**

2. The clerk shall refer the summons for each of these Defendants to the United States Marshal along with two copies of this order and two service copies of the Second Amended Complaint (Doc. 42), along with two copies of the exhibits. (Doc. 67).

3. Pursuant to Rule 4(c), Federal Rules of Civil Procedure, **Claudene Hall** is specially appointed to serve process upon Defendant Velasco at the Jefferson Correctional Institution and **Rebecca Mitchell** is specially appointed to serve process upon Defendant Cherry at Apalachee Correctional Institution.

4. Within thirty (30) days from the date of docketing of this order, the United States Marshal or a Deputy United States Marshal shall serve a copy of the Second Amended Complaint and this order upon Defendants. Service shall be accomplished by mailing these documents by regular mail to the respective special process server, who shall serve the complaint. All costs of service shall be advanced by the United States.

5. Within ten (10) days after receipt of the complaint and this order, the servers shall serve the Second Amended Complaint upon Defendants, complete and **sign** the returns of service, and **return** them to the <u>clerk of court</u> as proof of service. Defendants shall also sign the respective return of service as an acknowledgment of receipt of service.

6. Within ten (10) days after receipt of the complaint and this order, if Defendant are no longer employed at the office or institution, the server shall report this information to the clerk of court.

7. If service is returned unexecuted, or if a return is not filed within forty-five (45) days from the date of this order, the clerk shall immediately refer the file to the undersigned.

8. Defendants shall have sixty (60) days in which to file a response to the complaint.

9. No motion for summary judgment shall be filed by any party prior to entry of an initial scheduling order without permission of the court.

10. Counsel for Defendants shall file a notice of appearance within twenty (20) days of the date of service of the complaint.

11. Once a response to the complaint is filed, no amendments to the complaint shall be permitted by the court unless, as required by Rule 15 of the Federal Rules, Plaintiff files a separate motion for leave to so amend and provides a copy of the proposed amended complaint.

12. After a response to the complaint has been filed by a Defendant, Plaintiff shall be required to mail to the attorney for that Defendant a copy of every pleading or other paper, including letters, submitted for consideration by the court.  Plaintiff shall include with the original paper to be filed with the clerk of court a certificate of service stating the date a correct copy of the paper was mailed to Defendant or to the attorney representing Defendant.  **Any paper submitted for filing after a response to the complaint has been filed by a Defendant which does not contain a certificate of service shall be returned by the clerk and disregarded by the court**.

13. Plaintiff's Motion (doc. 89) is **GRANTED,** insofar as service is being directed again.

**DONE AND ORDERED** this  *25*<sup>th</sup>  day of February, 2008.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**