**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**TRAVIS L. ADAMS,**

    **Plaintiff,**

**vs.**                                                                  **CASE NO. 4:05CV450-MP/AK**

**MAXIMO VELASCO, ET AL,**

    **Defendants.**

    _____/

**O R D E R**

Presently before the Court in the above entitled action is Plaintiff's Motion for Reconsideration and for service upon defendant Dr. Hernandez.  (Doc. 99).  Having considered said motion, (doc. 99), the court finds that it should be **GRANTED**, and another attempt to locate this defendant will be made herein.

Service was returned unexecuted as to Defendant J. M. Hernandez with the notation "No longer Employed" and no forwarding address was provided.  (Doc. 95).

Since Plaintiff is currently incarcerated, it is unlikely that he will be able to obtain information as to the whereabouts of Defendant Hernandez without engaging in discovery.  Discovery, however, is premature and could lead to confidentiality problems under Florida law.

Accordingly, it is

**ORDERED:**

1. The Clerk of Court shall forward to Kathleen Von Hoene, General Counsel for the Department of Corrections, 2601 Blair Stone Rd, Tallahassee, FL 32399-2500, a copy of this order along with the prepared summons for the Defendant J. M. Hernandez and a prepared service copy of the complaint.

2. Counsel for the Department of Corrections shall have until **March 21, 2008**, to either: (1) inform the United States Marshal in confidence of the last known address for the Defendant, or (2) make an appearance on his behalf, or (3) advise the Court that neither alternative is possible.

3. If this Defendant's address is provided to the United States Marshal, the Department of Corrections shall simultaneously file a notice with the Court advising that this has been done. Counsel shall also forward to the United States Marshal a copy of this order, the received summons, and service copy of the complaint.

4. Upon receipt of an address for the above named Defendant, the United States Marshal shall attempt to personally serve the Defendant according to Fed. R. Civ. P. 4(e). The United States Marshal shall protect the confidentiality of any address provided by the Department of Corrections as required by Florida Law, and shall not disclose any such information on any document filed with the Court.

5. Plaintiff's Motion (doc. 99) is **GRANTED.**

**DONE AND ORDERED** on this date, 7th March, 2008.

S/ A Kornblum

**ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**

**No. 4:05cv450-MP/AK**