**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**TRAVIS L. ADAMS,**

    **Plaintiff,**

**vs.**                                                                  **CASE NO. 4:05CV450-MP/AK**

**DR. MAXIMO VELASCO, et al,**

    **Defendants.**

_____/

## O R D E R

Presently before the Court is Defendants' Motion for Additional Enlargement of Time to file a Special Report. (Doc. 113). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and Defendants shall have through May 21, 2008.

**DONE AND ORDERED** this **21st** day of April, 2008.

                                                  *s/ A. KORNBLUM*
                                                **ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**