# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**TRAVIS L. ADAMS,**

    **Plaintiff,**

**vs.**                                      **CASE NO. 4:05CV450-MP/AK**

**DR. MAXIMO VELASCO, et al,**

    **Defendants.**

_____/

## O R D E R

Presently before the Court is Defendants' Third Motion for Extension of Time to file a Special Report. (Doc. 117). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and Defendants shall have fifteen additional days to file the special report or through June 11, 2008.

**DONE AND ORDERED** this **27th** day of May, 2008.

                                      *s/ A. KORNBLUM*
                                      **ALLAN KORNBLUM**
                                      **UNITED STATES MAGISTRATE JUDGE**