# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**TRAVIS ADAMS,**

    Plaintiff,

vs.                                        **CASE NO. 4:05CV450-MP/AK**

**DR. MAXIMO VELASCO, et al,**

    Defendants.

_____/

## O R D E R

Presently before the Court in the above entitled action is Plaintiff's Motion for Discovery. (Doc. 124). Having considered said motion and the ten discovery requests at issue, the Court hereby **GRANTS** the motion, and the time within which Defendants may object or otherwise respond to the requests shall begin to run from this date.

**DONE AND ORDERED** this __7th__ day of July, 2008.

                                      _s/ A. KORNBLUM_
                                      **ALLAN KORNBLUM**
                                      **UNITED STATES MAGISTRATE JUDGE**