IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**TRAVIS ADAMS,**

    **Plaintiff,**

vs.                                    **CASE NO. 4:05CV450-MP/AK**

**DR. MAXIMO VELASCO, et al,**

    **Defendants.**

_____/

**O R D E R**

    Presently before the Court in the above entitled action is Plaintiff's Second Motion for Discovery, (doc. 127), and Motion to Resolve Perjury Issues. (Doc. 126). Plaintiff's Motion for Discovery is **GRANTED,** and the discovery included therein and attached thereto shall be deemed served on this date. Defendants shall respond within the time provided by the Federal Rules of Civil Procedure. The time for filing any additional discovery motions has now expired and Plaintiff shall file a final response to the pending motion for summary judgment on or before **September 22, 2008.**

    Plaintiff's Motion to Resolve Perjury is **DENIED**. If he disagrees with the statements made by the defendants, he shall set forth his arguments in opposition in response to the motion for summary judgment and provide any evidence he has to support his arguments.

**DONE AND ORDERED** this __22nd__ day of July, 2008.

                                         _s/ A. KORNBLUM_
                                         **ALLAN KORNBLUM**
                                         **UNITED STATES MAGISTRATE JUDGE**