# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**TRAVIS ADAMS,**

    Plaintiff,

vs.                                                       **CASE NO. 4:05CV450-MP/AK**

**DR. VELASCO, et al,**

    Defendants.

_____/

## O R D E R

Presently before the Court in the above entitled action is Plaintiff's Third Motion to Compel. (Doc. 158). Defendants have not responded to the motion. However, Plaintiff was transferred on March 13, 2009, and the Notice of Compliance filed by Defendants on March 19, 2009, indicates that their document production may be returned because of the transfer. Defendants represented that they would forward the documents to Plaintiff's new address, but the Court has not been advised by either party whether this was done or not.

Accordingly, it is

**ORDERED:**

Plaintiff shall advise the Court on or before May 15, 2009, whether or to what extent he has not received this production and what items, if any, remain to be resolved in his third motion to compel. The court will reserve ruling on the motion until after Plaintiff's response.

**DONE AND ORDERED** this **22nd** day of April, 2009.

                                                      *s/ A. KORNBLUM*
                                                    **ALLAN KORNBLUM**
                                                    **UNITED STATES MAGISTRATE JUDGE**