IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**TRAVIS L. ADAMS,**

    **Plaintiff,**

vs.                                                                                                           **CASE NO. 4:05CV450-MP/AK**

**MAXIMO VELASCO, et al,**

    **Defendants.**

_____/

**O R D E R**

    Presently before the Court is Plaintiff's Third Motion to Compel. (Doc. 158). The Court had reserved ruling on this motion pending submission by the Defendants of the documents produced and other information to aid the Court in understanding the history of the discovery requests and the production made. Over 800 documents have now been produced (doc. 169), and the Court has reviewed them and determined that Defendants have fully complied with the nine document requests at issue in the motion to compel. The Court is also now assured that Plaintiff has been served with the documents. **Discovery is now concluded.**

    Accordingly, it is

**ORDERED:**

Plaintiff's Motion to Compel (doc. 158) is **GRANTED**, but no further action is necessary in light of the submission filed by Defendants on **May 20, 2009.** Plaintiff shall

have thirty days from this date to file his response to the pending motion for summary judgment (doc. 123).

**DONE AND ORDERED** this **27**th day of May, 2009.


*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**No. 4:05cv450-MP/AK**